**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE No. 2:24-CR-100** |
| **vs.** | : | **CHIEF JUDGE SARAH D. MORRISON** |
| **ABDIRIZAK FARAH,** | : | |
| **Defendant.** | : | |

# MOTION FOR EARLY TERMINATION OF PROBATION

NOW COMES the Defendant, Abdirizak Farah, by and through his undersigned counsel, and respectfully moves this Court to terminate his period of probation early. While Assistant U.S. Attorney David Twombly opposes early termination, neither United States Probation Officer Melinda Vincent nor United States Probation Officer Brent Willoughby oppose this motion.

## Memorandum

On December 4, 2024, Mr. Farah was sentenced in this matter to three years of probation (Doc #: 26) and his Judgment and Commitment Order was issued by the Court on December 6, 2024 (Doc #: 27). As part of his terms of probation, the Court ordered Mr. Farah to spend up to the first 180 days of probation on the curfew component of the United States Probation Office's location monitoring program (*id*. at PAGEID #: 201), which he successfully completed without incident. Mr. Farah has completed 18 months of his 36-month term without a single negative incident. His supervised release is due to end on December 6, 2027. Mr. Farah is currently being supervised on the Low Intensity Unit by United States Probation Officer Melinda Vincent.

Termination of supervised release or probation is government by 18 U.S.C. § 3564(c). The statute provides that a court first must consider certain factors set forth in Section 3553(a) before

terminating, modifying any conditions of, or revoking a term of supervised release. 18 U.S.C. § 3583(e). The Section 3553 (a) factors referenced are:

> (a)(1) "the nature and circumstances of the offense and the history and characteristics of the defendant;"
>
> (a)(2)(B) the need for the sentence imposed "to afford adequate deterrence to criminal conduct;"
>
> (a)(2)(C) the need for the sentence imposed to "protect the public from further crimes of the defendant;"
>
> (a)(2)(D) the need for the sentence imposed "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;"
>
> (a)(4) & (5) the kinds of sentences and the sentencing range established by the Sentencing Guidelines and any related Sentencing Commission policy statements; and
>
> (a)(6) "the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct."

After considering those factors, and the expiration of one year of supervised release, the court may terminate a defendant's term of supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3564(c). "The court, after considering the factors set forth in section 3553(a) . . . may . . . terminate a term of probation." *United States v. Floyd*, 491 F. App'x 331, 333 (3d Cir. 2012).

The Court's determination regarding termination is a discretionary decision that is warranted "in cases where the defendant shows changed circumstances – such as exceptionally good behavior." *United States v. Atkins*, 38 F. App'x 196, 198 (6th Cir. 2002).

As the Court may recall from the Presentence Investigation Report in this case, from 2010 through September 23, 2022, Mr. Farah was a senior policy advisor for the United States Department of Homeland Security, Office of the Secretary, Office for Civil Rights and Civil

Liberties (CRCL)—for more than a decade—as well as the founder and Superintendent of Focus Learning Academy of Northern Columbus (FLANC) and Focus Learning Academy of Central Columbus, a position he still holds. As Mr. Farah explained in his acceptance of responsibility:

> I accept full responsibility for my actions. I am deeply remorseful for using school funds for any personal purpose and for having conveyed false information to the bank while securing the purchase of my home. I believe that I have learned from my actions. This investigation has certainly humbled me, and I will work diligently to ensure that my future behavior does not negatively impact my community, the school, or any financial institution.

(Doc #: 19, at PAGEID #: 71).

Mr. Farah's track record on pretrial release and on probation shows that he has walked the walk of fully accepting responsibility for his offense. During his 18 months on probation, he has continued to be a pillar in the Central Ohio community, while receiving tremendous support from his family and his community. Mr. Farah's efforts to right the wrong of his mistake, as well as the totality of his continuing contributions to Central Ohio, are the reasons that the Board of Directors at Focus Learning Academy still steadfastly stand behind Mr. Farah as he continues his role as superintendent. The Court can be confident that Mr. Farah has not only learned a valuable lesson, but that he has been fully rehabilitated. Since December 2024, Mr. Farah continued mentoring programs for at-risk youth and has established a foundation—The Jacobs Foundation,[1]named after his late father—that feeds hundreds of families every week in the Linden area (2234 Mock Road, in Columbus, Ohio) and supports orphanages in Africa. This foundation is fully financially supported by Mr. Farah and doesn't rely on, or receive outside grants.

While Assistant United States Attorney David Twombly has indicated that he opposes this request, Mr. Farah's current United States Probation Officer, Melinda Vincent, and his prior

[1] https://www.thejacobsfoundation.co/

United States Probation Officer, Brent Willoughby, do not oppose termination of Mr. Farah's supervision given his compliance and success of supervision to date, along with the fact that Mr. Farah will have completed more than half of his time on Probation at the time of the Court's consideration of this Motion.

WHEREFORE, for the reasons set forth above, Mr. Farah respectfully requests this Court to terminate his term of supervised release.

Respectfully submitted,

*/s/Michael J. Hunter*
Michael J. Hunter (0076815)
**Flannery | Georgalis, LLC**
175 S. Third Street, Suite 285
Columbus, OH 43215
M. Hunter Tel/Fax: (380) 222-2421
mhunter@flannerygeorgalis.com

*Attorney for Defendant Abdirizak Farah*

**CERTIFICATE OF SERVICE**

I certify that on May 8, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's CM/ECF electronic filing system.

*/s/Michael J. Hunter*
Michael J. Hunter (0076815)

*Attorney for Defendant Abdirizak Farah*