**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ABDIRIZAK YAKOUB FARAH,**<br><br>**Defendant.** | **CASE NO. 2:24-cr-100**<br><br>**CHIEF JUDGE MORRISON** |

**MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION**

Mr. Farah has filed his third request in a little over 18 months to modify his term of probation, this time asking that it be terminated. Because Mr. Farah remains the head of the school from which he misappropriated funds, supervision remains appropriate. The motion should be denied.

In December 2024, Mr. Farah was sentenced to a below-guidelines term of probation for three years, with the first six months to be served on curfew. (Judgment, R.27, 201.) In that first six months, finding the curfew inconvenient, he twice moved the Court to end it. (*See* 1st Mot., R.33; 2d Mot., R.35.) The Court denied both motions. (Not. Order, R.34; Not. Order, R.39 (denying second motion as moot).)

As Mr. Farah notes in his latest motion, he still serves as superintendent of the school whose money he used to fund the fraudulent purchase of his home, and whose vendors he used to fund the school's repayment. (*See* 3d Mot., R.40, 248; *see also* PSR, R.19, ¶¶ 11-19.) He cites this fact as though it supports the termination of probation, but the opposite is true. Because he still holds the position of power he recently abused, supervision remains appropriate. Through supervision, the Probation office can ensure that Mr. Farah continues to serve in the office of

superintendent with integrity. Supervision also provides deterrence to further abuses.

Mr. Farah cites no particular hardships of probation, and he is supervised, he notes, by the Low Intensity Unit of the Probation office. (*Id.* at 246.) Whatever modest inconveniences probation may impose, the value of supervision for a person still so close to the site of his offense outweighs them.

For these reasons, the Court should deny Mr. Farah's motion for early termination of probation.

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

<u>*s/ David J. Twombly*</u>
DAVID J. TWOMBLY (OH 0092558)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone No.: (614) 469-5715
Fax No.: (614) 469-5653
Email: david.twombly@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 11th day of May, 2026, electronically on all counsel of record.

*s/ David J. Twombly*
DAVID J. TWOMBLY (OH 0092558)
Assistant United States Attorney