**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ABDIRIZAK FARAH,**

**Defendant.**

**Case No. 2:24-cr-100**

**Chief Judge Sarah D. Morrison**

# ORDER

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. (ECF No. 40.) The Government opposes the Motion. (ECF No. 41.)

Under 18 U.S.C. § 3583(e)(1), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release … if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" To aid in its determination, a court must consider the factors set forth in 18 U.S.C. § 3553(a). *See United States v. Tavarez*, 141 F.4th 750, 758 (6th Cir. 2025) ("[T]he record must demonstrate that the district court considered the relevant § 3553(a) factors before denying an early termination motion."). That said, a court "need not 'articulate its analysis of each sentencing factor as long as the record demonstrates that the court considered the relevant factors.'" *Tavarez*, 141 F.4th at 757 (citation omitted).

The Court appreciates that Mr. Farah has continued to accept responsibility. According to his motion, he has continued to work at Focus Learning Academy and continued to mentor at-risk youth. However, in weighing the 18 U.S.C. § 3553(a) factors, the Court believes that the nature and circumstances of the offense and protecting the public from further crime both weigh against early termination of supervision at this time.

Accordingly, the Motion for Early Termination is **DENIED** without prejudice.

**IT IS SO ORDERED**.

/s/Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**